

ORDERED in the Southern District of Florida on August 15, 2017.

John K. Olson, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Case No. 17-15883-JKO

MICHELLE A. SAYLES                                  Chapter 13

       Debtor.
_____/

**ORDER DENYING DEBTOR'S VERIFIED MOTION
ALTER/AMEND RECONSIDERATION DISMISSAL JUDGMENT
<u>SHOULD BE VACATED CODE 13 REINSTATED ACTIVE CASE</u>**

**THIS MATTER** came before the Court on August 7, 2017, at 1:00 p.m. upon the *pro se*

42546465;2

motion of debtor, Michelle Sayles to reinstate this Chapter 13 bankruptcy case, and upon hearing argument of counsel and the debtor, it is **ORDERED** as follows:

1. The Debtor's Verified Motion Alter/Amend Reconsideration Dismissal Judgment Should Be Vacated Code 13 Reinstated Active Case [ECF #35] is **DENIED** *without prejudice*.

2. Adversary proceeding number 17-01231-JKO was dismissed for lack of jurisdiction. [ECF #12.] Therefore, there is no matter to remand to the state court because there is no underlying bankruptcy case to which it could relate.

# # #


Submitted By:
Andrea S. Hartley, Esq.
Florida Bar No. 864234
Akerman LLP
Three Brickell City Centre
98 SE 7th Street
Suite 1100
Miami, FL  33131
Tel:  (305) 374-5600
Fax:  (205) 374-5095
Email:  andrea.hartley@akerman.com

*Attorneys for U.S. Bank National Association, not in its individual capacity but solely as trustee for NRZ Pass-Through Trust VIII*

Copies Furnished To:
Andrea S. Hartley, Esq.
[Attorney Andrea S. Hartley is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and shall file a certificate of service with the Clerk.]

42546465;2